IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NEIL E. RIVERS,
    Petitioner,

vs.                                              Case No.:  3:08cv418/RV/EMT

WALTER A. McNEIL,
    Respondent.
_____/

**O R D E R**

       Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1).  The filing fee has been paid.

       Initially, the court notes that Petitioner failed to file his petition on the court-approved form for use in section 2254 cases.  Local Rule 5.1(J) for the Northern District of Florida states that the court will not accept for consideration an application for writ of habeas corpus under section 2254 unless the appropriate petition form is properly completed and filed.  Thus, Petitioner must file an amended petition on the form for use in section 2254 cases.  Petitioner is advised that the amended petition must contain all of his allegations, and it should not in any way refer to the original pleading.  The amended petition completely replaces all previous petitions; and when an amended petition is filed, all earlier petitions are disregarded.  Local Rule 15.1, Northern District of Florida.

       Additionally, Petitioner submitted approximately 100 pages of exhibits with his petition. With respect to the exhibits attached to the petition, Petitioner is advised that the submission of exhibits at this time is unnecessary.  Respondent will be required to submit, in conjunction with his answer, those portions of the state court record that he deems relevant.  Petitioner will then have the opportunity to file a reply, at which time he may submit additional portions of the state court record

that he deems necessary. Upon receipt of the answer and Petitioner's reply, the court will review the file to determine whether expansion of the record is necessary and whether an evidentiary hearing is required. An evidentiary hearing will not be required unless consideration of disputed evidence outside the state court record appears necessary to the court. If it is determined that an evidentiary hearing is not required, the court will make such disposition of the petition as justice requires pursuant to § 2254 Rule 8(a). Therefore, Petitioner should not submit exhibits with his amended petition. Additionally, the amended petition should not exceed 25 pages (*see* N.D. Fla. Loc. R. 5.1(J)).

Finally, Petitioner must submit a complete copy of the amended petition for each named Respondent and for the Attorney General of the State of Florida. Therefore, Petitioner must submit two (2) complete copies of the amended petition.

Accordingly, it is **ORDERED**:

1. The clerk shall send Petitioner a copy of the form for use in Section 2254 cases. This case number should be written on the form.

2. Petitioner shall have **THIRTY (30) DAYS** from the date of docketing of this order in which to file an amended habeas petition, which shall be typed or clearly written, submitted on the court form, and marked "Amended Petition." Additionally, Petitioner shall provide two (2) service copies of the amended petition.

3. Petitioner's failure to submit the amended petition within **THIRTY (30) DAYS** from the date of docketing of this order may result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 1st day of December 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

Case No.: 3:08cv418/RV/EMT