IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NEIL E. RIVERS,
    Petitioner,

vs.                                       Case No. 3:08cv418/RV/EMT

WALTER A. McNEIL,
    Respondent.
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 29, 2010 (Doc. 38). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (Doc. 13) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 9th day of February, 2011.

                                                   /s/ _Roger Vinson_
                                                   **ROGER VINSON**
                                                   **SENIOR UNITED STATES DISTRICT JUDGE**